NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-13-0001802**
**13-NOV-2013**
**09:04 AM**

NO. CAAP-13-0001802

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JEFFREY G. TANIGUCHI, Petitioner-Appellant, v.
ADMINISTRATIVE DIRECTOR OF THE COURTS, Respondent-Appellee

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3RC-13-1-000394)

ORDER GRANTING THE OCTOBER 23, 2013 MOTION TO DISMISS APPEAL
(By: Nakamura, C.J., Leonard and Reifurth, JJ.)

Upon consideration of the Motion to Dismiss Appeal, filed October 23, 2013, by Petitioner-Appellant Jeffrey G. Taniguchi, the Statement of No Opposition, filed October 24, 2013, by Respondent-Appellee Administrative Director of the Courts, State of Hawai'i, the papers in support, the record, and there being no opposition,

IT IS HEREBY ORDERED that the motion to dismiss the appeal is granted and the appeal is dismissed.

DATED: Honolulu, Hawai'i, November 13, 2013.

Chief Judge

Associate Judge

Associate Judge